JAMES DAVIS *v.* COMMISSIONER OF CORRECTION
(AC 28975)

DiPentima, Beach and Thim, Js.

Argued January 21—officially released February 3, 2009

Per Curiam. The appeal is dismissed.